MHN

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

Plaintiff(s): HAFEZ HUSEIN

Defendant(s): UNITED STATES OF AMERICA

County of Residence: US, Outside the State of IL

County of Residence:

FILED
JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's Address:
Hafez Husein
#21193-424
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Defendant's Attorney:
1) AUSA
2) Christopher Niewoehner
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Basis of Jurisdiction:
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:
Defendant:

08CV3928
JUDGE LEINENWEBER
MAG. JUDGE ASHMAN

Origin:
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

Nature of Suit: 540 Mandamus and other

Cause of Action: 28:1355

Jury Demand: ☐ Yes  ☑ No

Signature: *A. E. Woodham*
           *Leinenweber*
           *Ashman*

Date: 07/10/2008

03CR 687