## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3928 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Hafez Husein (#21193-424) v. United States of America | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $39.00 filing fee. The Clerk is directed to send Petitioner an *in forma pauperis* application along with a copy of this order. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

■ [For further details see text below.]                                                         Docketing to mail notices.

### STATEMENT

    Although the Clerk has accepted this *pro se* motion for return of seized property for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $39.00 filing fee nor filed a petition for leave to file *in forma pauperis.* The Prison Litigation Reform Act ("PLRA") requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed. The Court must assess an initial partial filing fee on all inmates who bring suit in an amount that is 20% of the greater of: (A) the average monthly deposits in the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal. 28 U.S.C. § 1915(b)(1).

    The Court will authorize prison officials to deduct the initial filing fee payment directly from Petitioner's trust fund account. Thereafter, correctional authorities having custody of Petitioner will have authority (and are required) to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid. To enable the Court to make the necessary initial assessment of the filing fee, **Petitioner must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined."** 28 U.S.C. § 1915(a)(2). If Petitioner wishes to proceed with this motion *in forma pauperis* he must file an *in forma pauperis* application on the form required by the rules of this Court together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the immediately preceding six-month period or pay the full filing fee of $39.00. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|